**FILED**

**MAY 2 6 2015**

**Clerk, U.S. District and Bankruptcy Courts**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Fabian Tinsley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-0167 (UNA) |
| | ) | |
| Clerk of Court, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A, which requires the Court to screen and dismiss a prisoner's complaint upon a determination that it fails to state a claim upon which relief may be granted. *See id.* § 1915A(b).

Plaintiff, a prisoner at the Federal Correctional Institution in Fairton, New Jersey, sues the Clerk of Court "to file a new complaint . . . to address the current status of his incarceration." Compl. at 1. He also seeks to renew a dismissed claim with regard to his desired placement in a psychiatric facility. *See Tinsley v. United States*, slip op., No. 13-1899 (UNA) (D.D.C. Dec. 2, 2013). But the Clerk of Court has no control over the conditions or location of a prisoner's confinement, and plaintiff has not named anyone who does. Hence, this case will be dismissed. A separate order accompanies this Memorandum Opinion.[1]

_____
United States District Judge

DATE: May /6 , 2015

_____

[1] The dismissal of this case does not affect plaintiff's ability to seek redress against his prison officials, but such a claim should be pursued in the United States District Court for the District of New Jersey. *See* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the judicial district where a substantial part of the events occurred).

(N)